Hogan & Hartson LLP
Julie A. Shepard (SBN 175538)
1999 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4600
Fax: (310) 785-4601
E-mail: eamoriarty@hhlaw.com

Attorneys For: Defendants, Brett Brewer, William Woodward, Lawrence Moreau, Christopher S. Lipp, etc

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KARL S. LeBOYER, individually and on behalf of all others similarly situated, Plaintiff(s) | CASE NUMBER |
|---|---|
| v. | CV 03-05603 GHK (JTLx) |
| BRAD D. GREENSPAN, et al. Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

___James Quandt___  ☐ Plaintiff ☒ Defendant ☐ Other ___
*Name of Party*

hereby request the Court approve the substitution of ___Hogan & Hartson LLP___
already counsel of record for me in Brown v. Brewer       *New Attorney*
which has been consolidated with this action.
as attorney of record in place and stead of ___Pamela S. Palmer, Latham & Watkins LLP___
*Present Attorney*

Dated ___August___, 2008

*Signature of Party/Authorized Representative of Party*
James Quandt

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated ___August 16, 2008___

*Signature of Present Attorney*
Pamela S. Palmer, Esq.
Latham & Watkins LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated ___October 17___, 2008

*Signature of New Attorney*
Julie A. Shepard, Esq.
175538
*State Bar Number*

If party requesting to appear Pro Se:
Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY   American LegalNet, Inc. www.USCourtForms.com

Hogan & Hartson LLP
Julie A. Shepard (SBN 175538)
1999 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4600
Fax: (310) 785-4601
E-mail: eamoriarty@hhlaw.com

Attorneys For: Defendants, Brett Brewer, William Woodward, Lawrence Moreau, Christopher S. Lipp, etc

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL S. LeBOYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br><br>BRAD D. GREENSPAN, et al.<br>Defendant(s). | CASE NUMBER<br>CV 03-05603 GHK (JTLx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

James Quandt   ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of _____Hogan & Hartson LLP·_____
already counsel of record for me in Brown v. Brewer    *New Attorney*
which has been consolidated with this action.
as attorney of record in place and stead of _____Pamela S. Palmer, Latham & Watkins LLP_____
                                                              *Present Attorney*

Dated   August 19, 2008

*Signature of Party/Authorized Representative of Party*
James Quandt

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated   August   , 2008

*Signature of Present Attorney*
Pamela S. Palmer, Esq.
Latham & Watkins LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated   August   , 2008

*Signature of New Attorney*
Julie A. Shepard, Esq.
175538
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY   American LegalNet, Inc.
www.USCourtForms.com